UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD MCNEARY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Case No. 4:14 CV 1860 CDP |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

After review of the file, I conclude that an evidentiary hearing is required in petitioner's case. Therefore, I will appoint counsel to represent petitioner.

Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender for this District is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that petitioner's motions for appointment of counsel [#8, #10] are denied as moot.

**IT IS FURTHER ORDERED** that I will initiate a telephone status conference with all counsel on **Tuesday, January 20, 2015 at 11:00 a.m.** to discuss scheduling and other matters.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of January, 2015.