UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD MCNEARY, ) <br> ) <br> Movant, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | Case No. 4:14 CV 1860 CDP |

## MEMORANDUM AND ORDER

As discussed during today's status conference with counsel,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall provide the Federal Public Defender for this District access to the following sealed documents for Reginald McNeary in Criminal Case 4:13CR143-6 CDP: guilty plea agreement [#491]; officer revised final presentence investigation report [#710]; transcript of guilty plea hearing [#955]; transcript of sentencing hearing [#956]; and transcript of sentencing hearing – excerpts from bench conference [#957].

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide the Federal Public Defender for this District access to the following sealed document filed in this Cause Number: sealed document by movant Reginald McNeary [#4].

**IT IS FURTHER ORDERED** that this case is set for an evidentiary hearing on **Thursday, April 16, 2015 at 9:00 a.m.** in Courtroom 14-South.

**IT IS FURTHER ORDERED** that that Assistant United States Attorney must make appropriate arrangements for movant Reginald McNeary to be brought to court for the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of January, 2015.